# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| United States of America<br><br>v.<br><br>Rockne Gerard Earles | )<br>)<br>)<br>)<br>)<br>) |

Case: 1:23-mj-00076
Assigned to: Judge Meriweather, Robin M.
Assign Date: 4/7/2023
Description: COMPLAINT W/ ARREST WARRANT

*Defendant*

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Rockne Gerard Earles

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3) (Civil Disorder) ;
18 U.S.C. § 111(a)(1) (Assaulting, Resisting, or Impeding Certain Officers) ;
18 U.S.C. § 1752(a)(1) (Entering and Remaining in a Restricted Building or Grounds) ;
18 U.S.C. § 1752(a)(2) (Disorderly and Disruptive Conduct in a Restricted Building or Grounds) ;
18 U.S.C. § 1752(a)(4) (Engaging in Physical Violence in a Restricted Building), (Act of Physical Violence in the Capitol Grounds or Buildings)
40 U.S.C. § 5104(e)(2)(D),(F) & (G) (Disorderly Conduct in a Capitol Building) .
& (Parading, Demonstrating, or Picketing in a Capitol Building) .

2023.04.07 12:50:48
-04'00'

*Issuing officer's signature*

Date:  04/07/2023

Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

City and state:  Washington, D.C.

### Return

This warrant was received on *(date)* 4/7/23 , and the person was arrested on *(date)* 4/11/23
at *(city and state)* Chama, NM

Date:  4/11/23

*Arresting officer's signature*

Craig Monroney — FBI-SA
*Printed name and title*