IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | No. 1:23-CR-00367 RBW |
| ROCKNE GERARD EARLES, | | |
| Defendant. | | |

## MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT

**COMES NOW**, counsel for Mr. Earles, Assistant Federal Defender, Devon M. Fooks, and hereby moves this Court to enter an Order allowing Mr. Fooks to withdraw from representation of Mr. Earles.

As grounds for this Motion, counsel states as follows:

1. On January 18, 2024, Mr. Fooks entered his appearance as co-counsel for Mr. Earles. [Doc. 23]

2. Trial is currently scheduled for October 15, 2024 in this matter.

3. Counsel's withdrawal will not affect the litigation or deadlines in this matter.

4. Assistant Federal Defender Allen Franco will enter his appearance on this matter.

**WHEREFORE**, Counsel for Mr. Earles respectfully requests that this Court allow him to withdraw as counsel for Mr. Earles.  Lead counsel Martin Juarez remains on the case.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
111 Lomas Blvd. NW, Suite 501
Albuquerque, NM 87102
(505) 346-2489
devon_fooks@fd.org

 /s/ *filed electronically on 7/17/24*
DEVON M. FOOKS, AFPD
Attorney for Rockne Gerard Earles