# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Case No. 23-cr-367 (RBW) |
| : | |
| **ROCKNE EARLES,** : | |
| **Defendant.** : | |

## JOINT MOTION TO CONVERT PRETRIAL CONFERENCE INTO PLEA HEARING AND TO VACATE PRETRIAL DEADLINES

The United States of America and Defendant Rockne Earles, by and through his counsel, (collectively, "the parties"), have reached a plea agreement. Accordingly, the parties respectfully request that the Court schedule a hearing for the Defendant to enter a plea.

The Court previously ordered all parties to appear for a Pretrial Conference on September 20, 2024, at 10:00 a.m. ECF No. 37. In the interim, a plea agreement has been reached, and a statement of offense, in support of the plea, has signed by Mr. Earles and his counsel.

Accordingly, the parties respectfully request that the Court convert the September 20, 2024, Pretrial Conference into a change of plea hearing. The parties also respectfully request that any remaining pre-trial deadlines set by the Court, ECF Nos. 37 and 74, be vacated.

Respectfully submitted,

| FOR THE DEFENDANT | FOR THE UNITED STATES |
|---|---|
| ROCKNE EARLES | MATTHEW M. GRAVES |
| Defendant | United States Attorney |

<div style="display: flex;">
<div>

*/s/ Martin Juarez*
MARTIN JUAREZ
Assistant Federal Public Defender
111 Lomas Blvd. NW, Suite 501
Albuquerque, NM 87102
Martin_Juarez@fd.org
(505) 346-2489


*/s/ Allen Franco*
ALLEN FRANCO
Assistant Federal Public Defender
111 Lomas Blvd. NW, Suite 501
Albuquerque, NM 87102
Allen_Franco@fd.org
(505) 346-2489

</div>
<div>

*/s/ Sean J. Brennan*
SEAN J. BRENNAN
Assistant United States Attorney
NY Bar No. 5954128
601 D Street NW
Washington, DC 20530
Sean.Brennan@usdoj.gov
(202) 252-7125


*/s/ Nathaniel K. Whitesel*
NATHANIEL K. WHITESEL
Assistant United States Attorney
DC Bar No. 1601102
601 D Street NW
Washington, DC 20530
nathaniel.whitesel@usdoj.gov
(202) 252-7759

</div>
</div>