UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>ROCKNE EARLES, )<br>)<br>          Defendant. )<br>) | Criminal Action No. 23-367 (RBW) |

### ORDER

Upon consideration of the Defendant's Motion for Travel to the District Court Pursuant to 18 USC Section 4285, ECF No. 79, and for good cause shown, it is hereby

**ORDERED** that the Defendant's Motion for Travel to the District Court Pursuant to 18 USC Section 4285, ECF No. 79, is **GRANTED**. It is further

**ORDERED** that the U.S. Marshal Service shall arrange travel for the defendant to attend the plea hearing currently scheduled for September 20, 2024, at 10:00 a.m. It is further

**ORDERED** that the U.S. Marshal Service shall furnish the defendant with "per diem" expenses, not to exceed the amount authorized under 5 U.S.C. § 5702(a).

**SO ORDERED** this 11th day of September, 2024.

/s/ Reggie B. Walton
REGGIE B. WALTON
United States District Judge