IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                  No. 23-CR-00367-RBW

ROCKNE EARLES,

      Defendant.

## DEFENDANT'S OPPOSED MOTION TO CONTINUE SENTENCING HEARING

Defendant Rockne Earles, by and through his counsel of record, Assistant Federal Public Defender Martín Juárez, respectfully moves this honorable Court to continue the sentencing hearing currently scheduled on January 10, 2025, for two weeks. In support of his Motion, Mr. Earles states:

1.    On September 20, 2024, Defendant Earles pled guilty to the crimes alleged and was immediately taken into custody where he remains today. The sentencing date is scheduled for January 10, 2025.

2.    After pleading guilty, Counsel worked to ensure that the Defendant's § 3553 factors are sufficiently presented to this Court. Quite a few letters of support of the Defendant have been gathered, as well as documentary evidence of his military service-based disability determinations and any relevant diagnosis. Nevertheless, Mr. Earles believes more time is necessary to gather more letters in support of his request for leniency.

3.    Counsel for the Defendant, continues gathering records addressing Mr. Earles' personal history and characteristics. See 18 U.S.C. § 3553(a). Specifically, counsel is working to gather old newspaper articles about Mr. Earles' community service.

4.  Mr. Earles represents that due to not having a case worker available for about two weeks delayed his ability to contact supporters to write letters for him. Mr. Earles requests a continuance to gather more letters of support.

5.  Mr. Earles represents the DC Jail does not have a caseworker available in his pod to allow for legal calls. Mr. Earles also represents that all calls have to be made on regular jail phones and conversations must be restricted.

6.  Lastly, the new administration on social media, interviews, and in speeches is signaling potentially sweeping pardons for those who participated in the charged events on January 6, 2021. To preserve financial resources, particularly those by the Justice Department, the Bureau of Prisons, the United States Marshal Service, and the Federal Public Defender Department, a continuance until after January 20, 2025, is warranted. Admittedly, there is no guarantee that Mr. Earles will be pardoned, there remains a significant possibility that Mr. Earles will receive a pardon from President-Elect Donald Trump.

7.  Counsel for the United States, Assistant United States Attorney Nathaniel Whitesel, opposes this continuance.

**WHEREFORE**, Mr. Earles respectfully requests that this Court continue the sentencing by two weeks.

Respectfully Submitted,

**FEDERAL PUBLIC DEFENDER**
111 Lomas Blvd. NW, Suite 501
Albuquerque, NM 87102
T: (505) 346-2489
Martin_Juarez@fd.org

*/s/ Electronically filed December 30, 2024*
MARTÍN JUÁREZ, AFPD
Attorney for Mr. Earles