UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal Action No. 23-367 (RBW) |
| ROCKNE EARLES, | ) ) ) | |
| Defendant. | ) ) | |

**ORDER**

Upon consideration of the Defendant's Opposed Motion to Continue Sentencing Hearing, ECF No. 90, it is hereby

**ORDERED** that the Defendant's Opposed Motion to Continue Sentencing Hearing, ECF No. 90, is **GRANTED**. Specifically, the motion is **GRANTED** based upon the first five reasons submitted in support of the motion. However, the Court is unpersuaded by the sixth reason listed in the defendant's motion because the Court "has the right to control its own docket to require that cases proceed in an orderly and timely fashion, . . . [and may,] in exercise of a sound discretion[,] [ ] grant or deny motions for continuances." United States v. Burton, 584 F.2d 485, 490 (D.C. Cir. 1978). In exercising its discretion, the Court is unconvinced that seeking a pardon from the newly elected President—no matter how likely the defendant believes it is that his request will be granted—is a sufficient basis to continue his sentencing hearing. Accordingly, "the potential consequences of failing to continue [the defendant's] sentencing [do not] outweigh the '[public's] interest in a timely resolution of this case.'" Order at 3 (Dec. 4, 2024), United States v. Bradley, No. 23-435 (RBW), ECF No. 82 (quoting United States v. Bodye, 182 F. Supp. 3d 1, 4 (D.D.C. 2016)). It is further

**ORDERED** that, on January 30, 2025, at 2:00 p.m., the parties shall appear before the

Court for a sentencing hearing. The parties shall appear before the Court in Courtroom 16 on the 6th floor at the E. Barrett Prettyman United States Courthouse, 333 Constitution Avenue, N.W., Washington, D.C. 20001.

**SO ORDERED** this 3rd day of January, 2025.

_____
REGGIE B. WALTON
United States District Judge