IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.                                                                                                          No. 23-CR-00367-RBW

**ROCKNE EARLES,**

    **Defendant.**

**<u>DEFENDANT'S UNOPPOSED EMERGENCY MOTION FOR IMMEDIATE RELEASE</u>**

    Defendant Rockne Earles, by and through his counsel of record, Assistant Federal Public Defender Martín Juárez, respectfully moves this honorable Court for Mr. Earles's immediate release.

    1.    On January 20, 2025, President Donald J. Trump in a Presidential Proclamation granted a full, complete and unconditional pardon to individuals like Mr. Earles, who are not identified in subsection (a) of the Proclamation, but who have nevertheless been convicted of offenses related to events that occurred at or near the United States Capitol on January 6, 2021.

    2.    Mr. Earles pled guilty to offenses related to events that occurred at or near the United States Capitol on January 6, 2021. Docs. 17, 32, 81, and 82. Therefore, Mr. Earles is a beneficiary of the Presidential Proclamation, and he should be released immediately.

    3.    Mr. Earles is currently incarcerated at the DC Jail in Washington, DC.

    4.    Undersigned sought the position of the prosecuting Assistant United States Attorney, and the United States does not oppose Mr. Earles' immediate release.

1

2

**WHEREFORE**, Mr. Earles respectfully requests that this honorable Court grant his immediate release.

Respectfully Submitted,

**FEDERAL PUBLIC DEFENDER**
111 Lomas NW, Suite 501
Albuquerque, NM 87102
(505) 346-2489 (T)
(505) 346-2492 (F)
martin_juarez@fd.org

*Electronically filed January 21, 2025*
/s/ Martín Juárez
Assistant Federal Public Defender
Attorney for Mr. Earles