UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
)
v. ) Criminal Action No. 23-367 (RBW)
)
ROCKNE EARLES, )
)
Defendant. )
)

### ORDER

Upon consideration of the United States' Motion to Dismiss Indictment with Prejudice Pursuant to Federal Rule Criminal Procedure 48(a), ECF No. 95, it is hereby

**ORDERED** that the United States' Motion to Dismiss Indictment with Prejudice Pursuant to Federal Rule Criminal Procedure 48(a), ECF No. 95, is **GRANTED**.[1] It is further

**ORDERED** that this case is **DISMISSED WITH PREJUDICE**. It is further

**ORDERED** that the Defendant's Unopposed Emergency Motion for Immediate Release, ECF No. 96, is **DENIED AS MOOT**. It is further

**ORDERED** that the defendant shall be released from custody as to this case only. It is further

**ORDERED** that this case is **CLOSED**.

**SO ORDERED** this 22nd day of January, 2025.

REGGIE B. WALTON
United States District Judge

---

[1] The government is dismissing this case based on the issuance of the President's Pardon, that was issued despite the government's earlier allegations that the defendant committed the following acts, which the defendant acknowledged when he pleaded guilty on September 20, 2024, to two counts of Assaulting, Resisting, or Impeding Certain Officers, in violation of 18 U.S.C. § 111(a)(1). The Statement of Offense, which the defendant has acknowledged as true and accurate, is included as an attachment to this Order.